| | |
|---|---|
| Jeremy T. Bergstrom, Esq. | E-filed on May 4, 2010 |

Jeremy T. Bergstrom, Esq.
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-91225

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-10-17380-LBR |
| EDWARD J. MATO AND STELLA M. SMALTINO, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

　　　　PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

　　　　Jeremy T. Bergstrom, Esq.
　　　　MILES, BAUER, BERGSTROM & WINTERS, LLP
　　　　2200 Paseo Verde Pkwy., Suite 250
　　　　Henderson, NV  89052
　　　　PH (702) 369-5960

　　　　　　　　　　　　　　　　　　MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    May 3, 2010　　　　By:    /s/ Jeremy T. Bergstrom, Esq.
　　　　　　　　　　　　　　　　　　Jeremy T. Bergstrom, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  May 4, 2010 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Erik C. Severino
LAW OFFICE OF ERIK SEVERINO
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV  89128

CHAPTER 7 TRUSTEE:
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michael L. Dobbs, Jr.
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(10-91225/rfsnlv.dot/mld)